EDNA ROBISON, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 27106.)

Argued February 29, 1944; decided April 13, 1944.

*Nathaniel L. Goldstein, Attorney-General (Arthur W. Mattson, Orrin G. Judd* and *Donald C. Glenn* of counsel), for appellant.

*John W. Miles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.